BEFORE THE FIRST DIVISION, SEPTEMBER 28, 1950

No. 54695.—Naumes Forwarding Service *v.* United States, protests 135118–K/1405 and 141140–K/1645 (Chicago).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of leather miniature boxing gloves and baseball gloves or other leather articles similar in all material respects to those the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiff was sustained.